**UNITED STATES of America,**
**Appellee,**

v.

**Jose CERVANTES, Appellant.**

**No. 05–1994.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 7, 2006.

Decided: Feb. 8, 2006.

Andrew R. Winter, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Jose Cervantes, Anoka, MN, pro se.

Kevin M. O'Brien, Minneapolis, MN, for Appellant.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jose Cervantes appeals the 120–month concurrent prison sentences the district court * imposed after Cervantes pleaded guilty to a drug-conspiracy charge and a charge for aiding and abetting drug possession with intent to distribute. Cervantes argues the court erroneously assessed a total of three criminal-history points, thus rendering him ineligible for safety-valve relief under U.S.S.G. § 5C1.2.

Having carefully reviewed the record, we conclude the district court's calculation was correct. Contrary to Cervantes's argument, the district court properly assessed two criminal-history points because it is undisputed a valid warrant for a probation violation existed at the time Cervantes committed the crimes in this case. *See* U.S.S.G. § 4A1.2(m) (defendant who commits instant offense while, e.g., probation violation warrant is outstanding is deemed under a criminal justice sentence for purposes of U.S.S.G. § 4A1.1(d)). Accordingly, we affirm.

---

* The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.